**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6554**

WILLIAM LEE ANDERSON, II,

                  Plaintiff – Appellant,

      v.

J. L. BROWN, Unit Manager of B1 Pod; C/O  OLIVER,

                  Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, District Judge.  (7:14-cv-00184-MFU-JCH)

Submitted:  June 18, 2015          Decided:  June 23, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Lee Anderson, II, Appellant Pro Se. Kate Elizabeth Dwyre, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lee Anderson, II, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Anderson v. Brown, No. 7:14-cv-00184-MFU-JCH (W.D. VA. Mar. 5 & Apr. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED